# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHIFFMAN, BARRY S. | § | Case No. 09-36771 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on            .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was             . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $        .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $        , for a total compensation of $        [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JOSEPH E. COHEN_____
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)** *(Page: 2)*

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Page:    1

Exhibit A

| | | |
|---|---|---|
| Case No: | 09-36771    ABG    Judge: A. BENJAMIN GOLDGAR | |
| Case Name: | SHIFFMAN, BARRY S. | |
| For Period Ending: | 02/15/13 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 10/01/09 (f) |
| 341(a) Meeting Date: | 11/02/09 |
| Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Debtor's residence: Location: 2830 Acacia Terrace, | 1,000,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash on Debtor's person | 70.00 | 0.00 | | 0.00 | 0.00 |
| 3. Checking account - Harris Bank | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4. Checking account - Harris Bank | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5. 6 TV's, 1 DVD player, 1 stereo, 1 computer, printe | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 6. Miscellaneous pictures | 250.00 | 0.00 | | 0.00 | 0.00 |
| 7. Miscellaneous wearing apparel | 150.00 | 0.00 | | 0.00 | 0.00 |
| 8. 1 fur (20 years old), 2 watches, 2 wedding rings, | 800.00 | 0.00 | | 0.00 | 0.00 |
| 9. Golf clubs and digital camera, 1 pool table, 1 pin | 300.00 | 0.00 | | 0.00 | 0.00 |
| 10. Sprintfield Office Partners, LLC (Member - 24% int | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. Eagle Creek Resort, LLC (50% interest) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12. 65 South Property (16.67% interest) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. Strawberry Creek of Kenosha, LLC (1% interest) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. Strawberry Creek Development Corporation (17% inte | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. 18th Street Partnership (50% interest) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16. ESM Development Corporation (50% interest) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17. Edelberg-Shiffman Development, LLC (50% interest) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18. 2003 Jeep Grand Cherokee Laredo (49,000 miles) | 5,000.00 | 0.00 | | 2,350.00 | 0.00 |
| 19. 2003 Jeep Grand Cherokee Limited (51,000 miles) | 6,000.00 | 0.00 | | 0.00 | 0.00 |
| 20. 1998 Saab 900S (52,000 miles) | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 21. 2002 Mercedes Benz CLK-430 (50,000 miles) | 11,000.00 | 0.00 | | 0.00 | 0.00 |
| 22. 1 desk, 1 chair, miscellaneous file cabinets | 350.00 | 0.00 | | 0.00 | 0.00 |
| 23. Miscellaneous tools and patio furniture | 150.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.12 | Unknown |

Gross Value of Remaining Assets

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit A

| | |
|---|---|
| Case No: | 09-36771   ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | SHIFFMAN, BARRY S. |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 10/01/09 (f) |
| 341(a) Meeting Date: | 11/02/09 |
| Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,027,070.00 | $0.00 | | $2,351.12 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO SELL PERSONAL PROPERTY OF DEBTOR AND WAITING FOR RECORDS TO BE PRODUCED.  DEBTOR IS MAKING AN OFFER TO PURCHASE VEHICLES FROM TRUSTEE.  VEHCILE HAS BEEN SOLD.  TRUSTEE IS WAITING FOR BAR DATE FOR CLAIMS TO EXPIRE AND WILL THEN FILE A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 08/31/12     Current Projected Date of Final Report (TFR): 01/31/13

FOR

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-36771  -ABG |
|---|---|
| Case Name: | SHIFFMAN, BARRY S. |
| Taxpayer ID No: | *******4557 |
| For Period Ending: | 01/29/13 |

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1962  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,316.04 | | 2,316.04 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.43 | 2,314.61 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 2,316.04 | 1.43 | 2,314.61 |
| Less:  Bank Transfers/CD's | 2,316.04 | 0.00 | |
| Subtotal | 0.00 | 1.43 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 1.43 | |

Page Subtotals        2,316.04        1.43

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | |
|---|---|
| Case No: | 09-36771 -ABG |
| Case Name: | SHIFFMAN, BARRY S. |
| Taxpayer ID No: | *******4557 |
| For Period Ending: | 01/29/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1105  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/05/10 | 21 | Jill Shiffman | Sale of Vehicle | 1129-000 | 2,350.00 | | 2,350.00 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 2,350.04 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 2,350.09 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.15 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.21 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 2,350.26 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.32 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.38 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.44 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.50 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.56 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.62 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.68 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.74 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,350.76 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 1.15 | 2,349.61 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,349.63 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,349.65 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,349.67 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,349.69 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,349.71 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,349.73 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,349.75 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,349.77 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.99 | 2,346.78 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,346.80 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.89 | 2,343.91 |
| | | | Page Subtotals | | 2,350.94 | 7.03 | |

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    3

Exhibit B

| Case No: | 09-36771  -ABG |
| Case Name: | SHIFFMAN, BARRY S. |
| Taxpayer ID No: | *******4557 |
| For Period Ending: | 01/29/13 |

| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1105  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,343.93 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.89 | 2,341.04 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,341.06 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.07 | 2,337.99 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,338.01 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.78 | 2,335.23 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 1.96 | 2,333.27 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,333.29 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.87 | 2,330.42 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,330.44 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.96 | 2,327.48 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,327.50 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.96 | 2,324.54 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,324.56 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.76 | 2,321.80 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,321.82 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.04 | 2,318.78 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,318.80 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 2.76 | 2,316.04 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 2,316.04 | 0.00 |

| | | | Page Subtotals | | 0.18 | 2,344.09 | |

Ver: 17.01

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-36771  -ABG |
|---|---|
| Case Name: | SHIFFMAN, BARRY S. |
| Taxpayer ID No: | *******4557 |
| For Period Ending: | 01/29/13 |

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1105  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,351.12 | 2,351.12 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 2,316.04 | |
| | | | Subtotal | | 2,351.12 | 35.08 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,351.12 | 35.08 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********1962 | 0.00 | 1.43 | 2,314.61 |
| BofA - Money Market Account - ********1105 | 2,351.12 | 35.08 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 2,351.12 | 36.51 | 2,314.61 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Ver: 17.01

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 29, 2013 |
|---|---|---|---|---|---|---|

Case Number:     09-36771

Debtor Name:     SHIFFMAN, BARRY S.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL | Administrative | | $0.00 | $1,155.00 | $1,155.00 |
| 000001<br>040<br>5800-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $342,666.65 | $342,666.65 |
| 000002 | Belofsky & Belofsky, P.C.<br>Douglas Belofsky<br>Belofsky & Belofsky, P.C.<br>208 S. La Salle Street, Suite 1601<br>Chicago IL 60604 | Unsecured | | $0.00 | $11,419.73 | $11,419.73 |
| 000003 | Marine Bank Springfield and<br>Community<br>Banks of Shelby County<br>Gary I Blackman Levenfeld<br>Pearlstein,LLC<br>2 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60602 | Unsecured | | $0.00 | $4,795,598.14 | $4,795,598.14 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $3.11 | $3.11 |
| | Case Totals: | | | $0.00 | $5,150,842.63 | $5,150,842.63 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-36771
Case Name: SHIFFMAN, BARRY S.
Trustee Name: JOSEPH E. COHEN

Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $              must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE


Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE