UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SHIFFMAN, BARRY S. § Case No. 09-36771
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 03/15/2013 in Courtroom ,

    North Branch Court
    1792 Nicole Lane
    Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: _____
                  Clerk, U.S. Bankruptcy Court

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SHIFFMAN, BARRY S. §   Case No. 09-36771
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,351.12 |
| and approved disbursements of | $ | 36.51 |
| leaving a balance on hand of[1] | $ | 2,314.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 587.78 | $ 0.00 | $ 587.78 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,155.00 | $ 0.00 | $ 1,155.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 3.11 | $ 3.11 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,742.78 |
| Remaining Balance | $ | 571.83 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 342,666.65 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | $ 342,666.65 | $ 0.00 | $ 571.83 |

Total to be paid to priority creditors     $            571.83
Remaining Balance                          $              0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-36771-ABG
Barry S. Shiffman                                                         Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams              Page 1 of 3                   Date Rcvd: Feb 19, 2013
                              Form ID: pdf006              Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
```
db          +Barry S. Shiffman,   2830 Acacia Terrace,   Buffalo Grove, IL 60089-6670
14584444    +65 South Property Partnership,   c/o James Grodecki,   222 S Riverside Plaza 850,
              Chicago, IL 60606-5900
14529134    +Arnstein & Lehr,   120 S. Riverside Plaza, #1200,   Chicago, IL 60606-3910
14529135    +Belofsky & Belofsky, P.C.,   Douglas Belofsky,   Belofsky & Belofsky, P.C.,
              208 S. La Salle Street, Suite 1601,   Chicago IL 60604-1182
14529136    +Chase,   PO Box 9001123,   Louisville, KY 40290-1123
14529138    +Chase Card Services,   PO Box 15153,   Wilmington, DE 19886-5153
14529139     Citi Cards,   PO Box 688919,   Des Moines, IA 50368
14529140    +Community Banks of Shelby County,   c/o Gary Blackman,   2 N. LaSalle Street, Suite 1300,
              Chicago, IL 60602-3709
14529147    +Harris, N.A.,   PO Box 94033,   Palatine, IL 60094-4033
14529148    +Illini Bank,   3200 W. Iles Avenue,   Springfield, IL 62711-9680
14529149    +Illinois Department of Revenue,   Centralized Enforcement Support Div,   PO Box 19035,
              Springfield, IL 62794-9035
14529150    +Internal Revenue Service,   5100 River Road,   Schiller Park, IL 60176-1058
14529152    +Jill Shiffman,   2830 Acacia Terrace,   Buffalo Grove, IL 60089-6670
14529153    +Marine Bank Springfield,   c/o Gary Blackman,   2 N. LaSalle Street, Suite 1300,
              Chicago, IL 60602-3709
18771420    +Marine Bank Springfield and Community,   Banks of Shelby County,
              Gary I Blackman Levenfeld Pearlstein,LLC,   2 North LaSalle Street, Suite 1300,
              Chicago, Illinois 60602-3709
14529155    +SSCO, LLC,   c/o Jonathan Rothschild,   55 W. Monroe Street, Suite 3900,   Chicago, IL 60603-5017
14529154    +Springfield Office Partners, LLC,   Wendell Spears Marital Trust,
              James Grodecki, 222 S Riverside Plz,   Chicago, IL 60606-5808
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14529133    +E-mail/Text: BANKRUPTCYDSM@DELAGELANDEN.COM Feb 20 2013 04:37:29      Agricredit Acceptance, LLC,
              8001 Birchwood Court,   PO Box 2000,   Johnston, IA 50131-0020
14529137    +E-mail/Text: bk.notifications@jpmchase.com Feb 20 2013 04:22:00      Chase Auto Finance,
              PO Box 9001083,   Louisville, KY 40290-1083
14529146    +E-mail/Text: fmb.bankruptcy@firstmidwest.com Feb 20 2013 05:09:20      First Midwest Bank,
              PO Box 9003,   Gurnee, IL 60031-9003
14529151     E-mail/Text: cio.bncmail@irs.gov Feb 20 2013 04:15:47      Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14529145    ##+ESM Development, LLC,   175 Old Half Day Road,   Lincolnshire, IL 60069-3000
14529141    ##+Edelberg Shiffman Development, LLC,   175 Old Half Day Road,   Lincolnshire, IL 60069-3000
14529142    ##+Edwin A. Edelberg,   1550 Lake Shore Drive, #10G,   Chicago, IL 60610-1699
14529143    ##+Edwin Edelberg,   1550 Lake Shore Drive, #10G,   Chicago, IL 60610-1699
14529144    ##+Edwin Edelberg, as Trustee,   1550 Lake Shore Drive, #10G,   Chicago, IL 60610-1699
                                                                                   TOTALS: 0, * 0, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dwilliams          Page 2 of 3          Date Rcvd: Feb 19, 2013
                              Form ID: pdf006          Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**            **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: dwilliams              Page 3 of 3                  Date Rcvd: Feb 19, 2013
                              Form ID: pdf006              Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2013 at the address(es) listed below:
              Christopher H Purcell    on behalf of Creditor    First Midwest Bank, N.A. shermlaw13@aol.com
              Elizabeth B Vandesteeg    on behalf of Creditor    Community Bank of Shelby County
               evandesteeg@lplegal.com, nbailey@lplegal.com
              Elizabeth B Vandesteeg    on behalf of Creditor    Marine Bank Springfield evandesteeg@lplegal.com,
               nbailey@lplegal.com
              Elizabeth B Vandesteeg    on behalf of Plaintiff    Community Banks of Shelby County
               evandesteeg@lplegal.com, nbailey@lplegal.com
              Elizabeth B Vandesteeg    on behalf of Plaintiff    Marine Bank Springfield evandesteeg@lplegal.com,
               nbailey@lplegal.com
              Gary I Blackman    on behalf of Creditor    Community Bank of Shelby County gblackman@lplegal.com,
               slevandowski@lplegal.com;druiz@lplegal.com
              Gary I Blackman    on behalf of Plaintiff    Community Banks of Shelby County gblackman@lplegal.com,
               slevandowski@lplegal.com;druiz@lplegal.com
              Gary I Blackman    on behalf of Creditor    Marine Bank Springfield gblackman@lplegal.com,
               slevandowski@lplegal.com;druiz@lplegal.com
              Gary I Blackman    on behalf of Plaintiff    Marine Bank Springfield gblackman@lplegal.com,
               slevandowski@lplegal.com;druiz@lplegal.com
              Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@aol.com;gkrol@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com, jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
              L. Judson Todhunter    on behalf of Creditor    Wendell Spears Marital Trust
               JTodhunter@howardandhoward.com
              Lester A Ottenheimer, III    on behalf of Debtor Barry S. Shiffman lottenheimer@olawgroup.com,
               nfishkin@olawgroup.com
              Lester A Ottenheimer, III    on behalf of Defendant Barry S. Shiffman lottenheimer@otrlaw.com,
               nfishkin@olawgroup.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy J. Howard    on behalf of Creditor    Illini Bank thoward@howardandhoward.com,
               psepich@howardandhoward.com
              Yan  Teytelman    on behalf of Trustee Joseph E Cohen yan@ytlawfirm.com, law_4321@yahoo.com
                                                                                             TOTAL: 18
```